**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMPIREMED, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RACHEL GREENAN,** *et al.*, | : | **No. 25-cv-4893** |
| *Defendants*. | : | |

**ORDER**

**AND NOW**, this **9th** day of **March 2026**, upon consideration of the Counterclaim Defendants'[1] Partial Motion to Dismiss Rachel Greenan's Amended Counterclaims (ECF No. 45), Greenan's Response in Opposition (ECF No. 53), and the Counterclaim Defendants' Reply (ECF No. 58), it is hereby **ORDERED** as follows:

1.  The Counterclaim Defendants' Partial Motion to Dismiss (ECF No. 45) is **GRANTED in part** and **DENIED in part** for the reasons stated in the accompanying Memorandum Opinion. The Counterclaims are decided as follows:

    a.  Count II (defamation/slander per se) shall proceed to discovery.

    b.  Count III (intentional interference with prospective contractual relationships) is **DISMISSED**.

    c.  Count IV (unjust enrichment) is **DISMISSED**.

2.  The Counterclaim Defendants shall file an answer to Greenan's Amended Counterclaim and Third-Party Complaint (ECF No. 41) on or before **March 23, 2026.**

---

[1] The Court notes that while there are a variety of claims and parties at issue, as a means of efficiency, the Court will refer to the claims set forth in Greenan's Amended Third Party Complaint and Counterclaim, ECF No. 41, collectively as "counterclaims" and to Counterclaim Defendant EmpireMED and Third-Party Defendants Neel Jhaveri and Danielle Spencer collectively as the "Counterclaim Defendants."

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**