**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMPIREMED, LLC,** | : | **CIVIL ACTION** |
| ***Plaintiff*,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RACHEL GREENAN, *et al.*,** | : | **No. 25-cv-4893** |
| ***Defendants*.** | : | |

**ORDER**

**AND NOW**, this **6th** day of **August 2026**, upon consideration of the Plaintiff EmpireMED, LLC's Motion to Compel (ECF No. 104) as supplemented on the issue of attorneys' fees (ECF No. 112), and there being no response from any Defendant on the issue of attorneys' fees, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 104) as supplemented on the issue of attorneys' fees (ECF No. 112) is **GRANTED**.
2. Plaintiff EmpireMED LLC is **AWARDED** $2,846.50 in attorneys' fees.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**